

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

(914) 422-8755

April 15, 2020

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Marshall v. Annucci et al*, 18-CV-6673 (KMK)

Dear Judge Karas:

    I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York assigned to defense of this matter. Pursuant to the Court's Order dated March 12, 2020, plaintiff was given thirty days to submit a second amended complaint. See Dkt. No. 58. To date, plaintiff has neither submitted a second amended complaint nor requested an extension of time. Accordingly, defendants respectfully request that the Court now dismiss all allegations against defendants Griffin, Melville, Plimley, and Wilkins with prejudice.

    Additionally defendants request until May 20, 2020 to submit an answer for the remaining defendants in this case, Germano, Garcia, Freeman and Murphy.

Granted. Griffin, Melville, Plimley and Wilkins are dismissed with prejudice from this case. Remaining Defendants are to answer by 5/20/20. Defendants are to mail this memo endorsement to Plaintiff and confirm that they did so by 4/22/20.

*[signature]*
4/15/20

Respectfully submitted,

By: *[signature]*
Jennifer Gashi
Assistant Attorney General
44 South Broadway
White Plains, NY 10601
(914) 422-8755

cc: Steven Marshall (DIN: 95-A-8248)
Plaintiff Pro Se
Eastern NY Correctional Facility
P.O. Box 338
Napanoch, New York 12458