```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN MARSHALL,
```

                     Plaintiff,

v.                                                  **ORDER**

ANTHONY J. ANNUCCI, et al.,                    18-CV-06673 (PMH)

                     Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      An Initial Pretrial Telephone Conference was scheduled for 12:00 p.m. today. Counsel for defendants appeared by telephone. Plaintiff *pro se* did not appear. Defense counsel is directed to file a letter on the docket concerning plaintiff's non-appearance at the conference, together with a copy of the e-mail received from the facility today. The Civil Case Discovery Plan and Scheduling Order in Pro Se Case in Which Local Civil Rule 33.2 Applies will be separately docketed. Plaintiff is advised that his failure to appear at Court conferences absent good cause may result in dismissal of this case.

      Defendants are directed to deliver a copy of this Order to Plaintiff and file proof of service thereof.

SO ORDERED:

Dated: New York, New York
         November 16, 2020

                                                _____
                                                Philip M. Halpern
                                                United States District Judge