**LAW OFFICE OF A**...

Honorable Philip D. Halpern
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**VIA ECF**

**Re:** *Marshall v. Annucci, et al., 18-cv-6673*

Dear Judge Halpern:

> Application granted. The deadlines to complete discovery are extended as set forth herein. A joint letter concerning the status of discovery and status of any settlement dialogue due 9/30/2021. The case management conference scheduled for 8/25/2021 is adjourned to 12/21/2021 at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 23, 2021

This office serves as *pro bono* counsel for Plaintiff, Steven Marshall. (Dkt. No. 95.) Soon, we will be joined by co-counsel from Holland & Knight LLP, Mssrs. Benjamin Wilson and Ruarri Rogan.[1] Today, counsel for Defendants, Assistant Attorney General Jennifer Gashi has noticed substitution with Assistant Attorney General Kathryn Martin. (Dkt. No. 95, 97.) Counsel for both parties respectfully offer this joint submission to request a new scheduling order in light of Plaintiff's prior *pro se* status, the appearance of new counsel and the case's current posture.

Review of the docket indicates a scheduling order was entered November 16, 2020. (Dkt. No. 81.) Thereafter, Defendants requested at least two extensions given uncontrollable COVID related logistical issues and the transfer of the file to new counsel within the Attorney General's office. (Dkt. Nos. 88, 92.) Defendants did serve initial and 33.2 disclosures in January. Plaintiff's counsel will get out Plaintiff's disclosures as soon as we collect the documents from our client.[2]

---

[1] *Pro bono* counsel from Holland & Knight merely await an executed legal services agreement from Plaintiff.

[2] *Pro bono* counsel has sent out a number of pre-paid envelopes for Plaintiff's use to send his materials. Counsel will prepare disclosures as soon as they arrive.

However, no other discovery has taken place to date. Accordingly, the parties are respectfully requesting a new scheduling order and propose the following:

| | |
|---|---:|
| Any motion to amend or join | With leave of court |
| Plaintiff shall serve Rule 26 Disclosures | May 17, 2021 |
| Parties shall serve Interrogatories and Document Requests | June 11, 2021 |
| All fact depositions completed | September 24, 2021 |
| Exchange of Expert Reports | October 22, 2021 |
| Rebuttal Expert Reports | November 22, 2021 |
| Expert Depositions, if any | December 17, 2021 |
| All Discovery shall be competed by | December 17, 2021 |

The parties have suggested the somewhat elongated deposition period given the prospective number of defendants and fact witnesses. Of course, counsel for both parties are happy to speak with the Court regarding the above proposed calendar.

The parties thank the Court for its courtesy.

Very truly yours,

*/s/ Amy Jane Agnew*

Amy Jane Agnew, Esq.

Cc: Kathryn Martin, Esq., *Counsel for Defendants*
Benjamin R. Wilson, Esq., *Anticipated Pro Bono Counsel for Plaintiff* (VIA EMAIL)
Ruarri Rogan, Esq., *Anticipated Pro Bono Counsel for Plaintiff* (VIA EMAIL)