

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

> Application granted. The case management conference previously scheduled for 7/28/2022 is adjourned to 8/4/2022 at 11:00 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 15, 2022

**By ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:  *Marshall  v. Griffin et al.*, 18-CV-6673 (PMH)

Dear Judge Halpern:

      I am an Assistant Attorney General in the Office Letitia James, Attorney General of the State of New York assigned to defense of this matter.  In its February 4, 2022 Order, *see* Docket No. 123, the Court scheduled a status conference in this case for July 28, 2022.  I will be out of the office from July 25 – 29, 2022.  I respectfully request an adjournment of the conference to the following week or to a date after July 29, 2022 that is convenient for the Court. This is the first request to adjourn the status conference, and Plaintiff's counsel does not object.

                               Respectfully submitted,

                               Kathryn Martin
                               Assistant Attorney General
                               914-422-8615
                               kathryn.martin@ag.ny.gov

cc:   Amy Jane Agnew, Esq.
      Josh Morrison
      Ruarri Rogan, Esq.
      Benjamin Wilson, Esq.