UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STEVEN MARSHALL,

                        Plaintiff,

v.                                                        **ORDER**

JAMES GARCIA, et al.,                                      18-CV-06673 (PMH)

                        Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Due to a scheduling conflict, the pretrial conference scheduled for December 21, 2022 is adjourned to March 21, 2023 at 3:30 p.m. to be held in courtroom 520.

      This case is now scheduled as the primary backup case that may proceed to trial in place of the primary case scheduled for August 14, 2023, if the primary case does not go forward. This case must therefore be trial ready for August 14, 2023. As soon as the Court confirms whether this matter will proceed on August 14, 2023, it will inform the parties. If this matter cannot proceed on August 14, 2023, the Court will seek another jury trial date for as soon as possible thereafter.

SO ORDERED.

Dated: White Plains, New York
          December 20, 2022

                                                                      _____
                                                                      Philip M. Halpern
                                                                      United States District Judge