UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
STEVEN MARSHALL,

                      Plaintiff,

       - against -

JAMES GARCIA, THOMAS A. GERMANO JR., and
WARREN C. FREEMAN,
                      Defendants.
-------------------------------------------------------------------- X

**ORDER**

No. 18-CV-6673 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that this case is no longer the backup trial and that this case will proceed to jury selection and trial on August 14, 2023 at 9:30 a.m. The case must therefore be trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      The parties are directed to immediately notify the Court if they have reached a settlement.

                                            **SO ORDERED:**

Dated: White Plains, New York
           March 22, 2023

                                            PHILIP M. HALPERN
                                            United States District Judge