UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
STEVEN MARSHALL,

                          Plaintiff,

          - against -

JAMES GARCIA, THOMAS A. GERMANO JR., and
WARREN C. FREEMAN,
                         Defendants.
-------------------------------------------------------------------- X

**ORDER**

No. 18-CV-6673 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person final pretrial conference on July 19, 2023.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order (Doc. 178) and file, by **July 26, 2023**, a revised Proposed Joint Pretrial Order.

2. The parties shall revise the Verdict Sheet (Doc. 179-1) in accordance with the Court's comments and file, by **July 26, 2023**, a revised proposed Verdict Sheet.

3. The parties shall revise the proposed Summary of Case (Doc. 177-1) as requested in their joint letter and file, by **July 26, 2023**, a revised Summary of Case.

    Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

    To the extent the parties require Writs of Habeas Corpus Ad Testificandum for trial, the proposed writ(s) shall be filed for the Court's review and consideration by **July 26, 2023**. If approved, the Court will sign and obtain the Clerk's signature and certified copies thereof and contact counsel to pick them up for service on the appropriate facilities.

    The parties shall appear in Courtroom 520 on **August 14, 2023 at 9:00 a.m.** for trial.

    The parties are directed to immediately notify the Court if they have reached a settlement or if they request a referral to the assigned Magistrate Judge.

2

                                                                **SO ORDERED:**

Dated:  White Plains, New York  
          July 19, 2023

                                                                PHILIP M. HALPERN  
                                                                United States District Judge